**In re Stuart C. COLE, Petitioner.**

No. 02–7687.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 26, 2003.

Decided April 1, 2003.

Stuart C. Cole, Petitioner Pro Se.

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Stuart C. Cole filed this petition for a writ of mandamus seeking to have this court direct the district court to rule on his 28 U.S.C. § 2255 (2000) motion. The district court entered an order in the § 2255 proceeding on January 21, 2003. We therefore find no unreasonable delay. Accordingly, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*